```
                                FILED
                          U.S. DISTRICT COURT
                          EASTERN DISTRICT OF LA

                          2007 JUL -9  AM 9:21

                          LORETTA G. WHYTE
                               CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 04-22 |
| Nelson Williams | SECTION "J" (6) |

### CERTIFICATE OF APPEALABILITY

A notice of appeal from a final order in a proceeding under Title 28 U.S.C. 2255 has been filed. Considering the record in the case and the requirement of Title 28 U.S.C. § 2253, the court hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

☒ a certificate of appealability shall not be issued for the following reason(s):
Denied for the same reasons set forth in the Order denying the Motion to Vacate (see Rec. Doc. 92).

Date: July 6, 2007

UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No ___